## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

THE COOKSON HILLS CHRISTIAN,          )
SCHOOLS, INC., a domestic corporation, )
                                       )
      Plaintiff,                    )
                                       )
v.                                     )          Case No. CIV-25-1099-SLP
                                       )
CHURCH MUTUAL INSURANCE                )
COMPANY, S.I., a Stock Insurer, et al., )
                                       )
      Defendants.                   )

## O R D E R

Before the Court is Defendant Church Mutual's Motion to Dismiss [Doc. No. 5]. Subsequent to the filing of Defendant's Motion, Plaintiff filed an Amended Complaint [Doc. No. 8]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendant's Motion to Dismiss [Doc. No. 5] is DENIED AS MOOT.

IT IS SO ORDERED this 6th day of October, 2025.

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**